UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAROLD MCMILLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1744** |
| **SAFEPOINT INSURANCE COMPANY** | **SECTION: "G"(4)** |

# ORDER

Considering the parties' "Joint Motion to Dismiss,"[1]

**IT IS HEREBY ORDERED** that Plaintiff's claims in the above captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

**NEW ORLEANS, LOUISIANA** this  21st   day of December, 2023.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 41.